PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIA NOEMI VASQUEZ ESQUIVEL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-CV-02957 DJC-CKD<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

　　　　The Defendants respectfully request to hold this case in temporary abeyance through August 27, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2016. USCIS has scheduled Plaintiff's asylum interview for April 29, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

The parties therefore stipulate that this matter be held in temporary abeyance through August 27, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: January 29, 2024                                    PHILLIP A. TALBERT
                                                                            United States Attorney

                                                                    By:  /s/ ELLIOT C. WONG
                                                                            ELLIOT C. WONG
                                                                            Assistant United States Attorney


                                                                            /s/ JESSICA TAYLOR ARENA
                                                                            JESSICA TAYLOR ARENA
                                                                            Counsel for Plaintiff


ORDER

IT IS SO ORDERED.

Dated: January 31, 2024                                     /s/ Daniel J. Calabretta
                                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                                             UNITED STATES DISTRICT JUDGE